UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MUHAMMED OZBALIK,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center, *et al.*,

Respondents.

Case No.: 3:26-cv-2961-JES-SBC

**ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE**

**[ECF No. 1]**

Petitioner Muhammed Ozbalik ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On June 1, 2026, Petitioner filed an Amended Petition for Writ of Habeas Corpus. ECF No. 8. Upon review, the Court notes that Petitioner filed a prior Section 2241 Petition in case No. 3:25-cv-03656-JES-SBC.

In the prior petition, the Court found Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Ozbalik v. LaRose*, No. 3:25-cv-03656-JES-SBC, ECF No. 6. The Government complied with the Court's order and provided Petitioner with an individualized bond hearing. *Id.*, ECF No. 7. At the hearing, the immigration judge denied bond, finding Petitioner presented "a risk of flight such that no bond can be set." *Id.*, ECF

1

No. 7 at 2. Petitioner then filed an Emergency Motion to Enforce Judgment and the Court denied the motion. *Id.*, ECF Nos. 8, 9.

Petitioner filed this second habeas case, again seeking to challenge his immigration custody. ECF No. 1. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). The Petition here provides no new grounds for relief that were not raised in the prior Petition. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition.

The Clerk of Court shall enter a judgment dismissing this action without prejudice and shall close the case file.

**IT IS SO ORDERED.**

Dated: June 1, 2026

Honorable James E. Simmons Jr.
United States District Judge